UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA ANN MOLINA,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendants. | No. 1:26-cv-02333-GSA<br>ORDER GRANTING PRO HAC VICE APPLICATION |

Plaintiff's counsel Karl E. Osterhout, having paid the filing fee, attached a certificate of good standing before the Supreme Court of Pennsylvania, and certified that he has submitted 3 prior pro hac vice applications before this Court, the pro hac vice application, ECF No. 12, is **GRANTED**.

IT IS SO ORDERED.

Dated: **July 11, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE