ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASSANDRA ANN MOLINA,<br>Plaintiff,<br>v.<br>Commissioner of Social Security,<br>Defendant. | CIVIL NO. 1:26-cv-02333-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate the medical opinion evidence. The ALJ will reassess the claimant's residual functional capacity and obtain medical and vocational expert testimonies, as necessary. The ALJ will offer the claimant the opportunity for a hearing, take further action to complete the

administrative record, and issue a new decision. The parties request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: September 1, 2026

/s/ *Karl E. Osterhout**
(*as authorized via e-mail on September 1, 2026)
KARL E. OSTERHOUT
Attorney for Plaintiff

Dated: September 1, 2026

/s/ *John Metsker**
JOHN METSKER
Attorney for Plaintiff
*Authorized via e-mail on September 1, 2026

Dated: September 1, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration

By: /s/ *Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk is **DIRECTED** to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **September 1, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE