Karl E. Osterhout, Esq.
PA Bar ID: 49658
Osterhout Berger Daley, LLC
55 Alpha Drive West, Suite 201
Pittsburgh, PA 15238
Telephone: (412) 794-8003
Facsimile: (412) 794-8050
kosterhout@obd.law
*Pro Hac Vice Attorney*

John D. Metsker, Esq., CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Local Counsel for Plaintiff*

Attorney for Plaintiff, Cassandra Ann Molina

ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (8770 833-2445
Email: Erin.Jurrens@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CASSANDRA ANN MOLINA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:26-cv-02333-GSA<br><br>**STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**<br>**28 U.S.C. § 2412(d)** |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of EIGHT THOUSAND, THREE HUNDRED SEVENTY NINE DOLLARS and 80/100 ($8,379.80) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). Plaintiff attests her net worth has not exceeded, $2,000,000.00, at the time of the filing of this civil action nor at the present.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under

the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Karl Osterhout, at 55 Alpha Drive West, Suite 201, Pittsburgh, Pennsylvania 15238.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of EIGHT THOUSAND, THREE HUNDRED SEVENTY NINE DOLLARS and 80/100 ($8,379.80) in EAJA attorney fees. These payments shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Karl Osterhout, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

November 19, 2026
DATED

By: ***/s/ Karl E. Osterhout***
KARL E. OSTERHOUT, ESQUIRE
Attorney for Plaintiff, Cassandra Ann Molina

***/s/ John Metsker***
JOHN METSKER, ESQUIRE
Attorney for Plaintiff, Cassandra Ann Molina

*/s/Erin Jurrens**
ERIN JURRENS, ESQUIRE
Special Assistant U.S. Attorney
Attorney for Defendant
(*Permission to use electronic signature obtained via email on 11/16/2026).

## ORDER

IT IS SO ORDERED.

Dated: **November 19, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE